# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Nilfisk, Inc., a Minnesota corporation, | Court File No.: 0:17-cv-01902-WMW-FLN |
| Plaintiff, | Hon. Wilhelmina M. Wright |
| vs. | **DECLARATION OF JOEL O'MALLEY** |
| James Liss, | |
| Defendant. | |

Joel O'Malley, being first duly sworn, declares as follows:

1. I am an attorney with the law firm of Dorsey & Whitney LLP, counsel for Plaintiff Nilfisk Inc., ("Nilfisk") in this action. I submit this affidavit in support of Nilfisk's motion for a temporary restraining order, expedited discovery, and preservation of evidence. I make this declaration based on personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Jamie Loch that was filed in support of Nilfisk's motion in Minnesota state court.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Affidavit of Kristin Gaarder, and its exhibits, that was filed in support of Nilfisk's motion in Minnesota state court.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Affidavit of Michael Brian Kirkendall, and its exhibit 2 (its Exhibit 1 is being filed under seal by separate docket entry) that was filed in support of Nilfisk's motion in Minnesota state court.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Affidavit of Mike Gutierrez, and its exhibits, that was filed in support of Nilfisk's motion in Minnesota state court.

6. Attached hereto as **Exhibit E** is a true and correct copy of written discovery requests Nilfisk has served upon Defendant James Liss.

7. On May 23, 2017, Nilfisk requested confirmation from Minuteman that it would not commence employment of Mr. Liss in violation of his Employment Agreement. A true and correct copy of that letter, which was also copied to Mr. Liss, is attached hereto as **Exhibit F**.

8. On May 26, 2017, Minuteman responded through counsel, stating that it believed Mr. Liss's Employment Agreement was unenforceable, and that it intended to employ him. A true and correct copy of that letter is attached hereto as **Exhibit G**.

9. On May 30, 2017, I sent by email to Mr. Liss copies of all documents Nilfisk would be filing in connection with the present motion, notifying him that Nilfisk was seeking a TRO, and inviting him to contact me if he wished to participate in a hearing. A true and correct copy of a draft of my email is attached hereto as **Exhibit H**.

10. Following the filing of Nilfisk's action in Minnesota state court, Mr. Liss returned to Nilfisk the WD Passport hard drive he used to copy his work computer's contents.

11. On May 24, Mr. Liss sent an email to Nilfisk stated that he had in his possession, among other things, "My personal back up drive" containing Nilfisk information. Nilfisk responded by requesting that the drive be returned to Nilfisk. Nilfisk received Nilfisk received from Mr. Liss a flash drive. Mr. Liss did not disclose his possession of the WD Passport hard drive at this time, nor did he return it to Nilfisk. Mr. Liss admitted his possession of the WD Passport, and returned it to Nilfisk, only after Nilfisk was forced to take legal action by filing its Complaint and TRO motion in Minnesota state court. A true and correct copy of the related correspondence between Mr. Liss and Nilfisk is attached hereto as **Exhibit I**.

12. After Nilfisk was forced to file its action against Mr. Liss in Minnesota state court, Mr. Liss agreed, through communications from his counsel to me, not to commence employment with Minuteman until June 15, 2017. True and correct copies of that correspondence between counsel is attached hereto as **Exhibit J**.

13. I have repeatedly contacted counsel for Mr. Liss to request he engage in voluntary expedited discovery. Mr. Liss, through his counsel, has refused to meet and confer on this issue. True and correct copies of that correspondence between counsel is attached hereto as **Exhibit K**.

14. Attached here to as **Exhibit L** is a true and correct copy of the Acceptance and Acknowledgement of Service signed by Mr. Liss's counsel and filed in state court.

15. Attached hereto as **Exhibit M** are true and correct copies of unpublished decisions cited in Nilfisk's memorandum of law in support of its temporary injunction motion.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge, except as otherwise stated.

Executed on June 6, 2017     */s/Joel O'Malley*

                                                      Joel O'Malley